# IN THE SUPREME COURT OF PENNSYLVANIA

| In the Matter of | : | No. 2183 Disciplinary Docket No. 3 |
|---|---|---|
| | : | |
| MHKEEBA LESHARE PATE | : | Board File No. C4-15-233 |
| | : | |
| | : | (Supreme Court of Washington, |
| | : | Supreme Court No. 200, 930-1) |
| | : | |
| | : | Attorney Registration No. 95091 |
| | : | (Out of State) |

## O R D E R

**PER CURIAM:**

AND NOW, this 24th day of September, 2015, upon consideration of the responses to a Notice and Order directing Respondent to provide reasons against the imposition of a reciprocal two-year suspension that was imposed in the State of Washington, Respondent is suspended from the practice of law in this Commonwealth for a period of two years, and she shall comply with all the provisions of Pa.R.D.E. 217.